# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DONALDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00257 AWI JLT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On February 26, 2014, Plaintiff filed the instant action. (Doc. 1) The same day, the Court issued summonses. (Docs. 2, 3) It also issued its order setting the mandatory scheduling conference to occur on June 11, 2014. (Doc. 4) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 4 at 1-2, emphasis added) Despite this warning, Plaintiff has failed to file a proof of service as to any Defendant.

///

1

Therefore, the Court **ORDERS**,

1. The scheduling conference, currently set on June 11, 2014, is continued to August 28, 2014 at 9:00 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

**Plaintiff is reminded of her service obligations under Fed. R. Civ. P. 4.  Failure to comply may result in the imposition of sanctions, including the dismissal of any unserved defendants.**

IT IS SO ORDERED.

Dated:   **May 16, 2014**                                      **/s/ Jennifer L. Thurston**
                                                                                      UNITED STATES MAGISTRATE JUDGE