1

2

3

4

5

6

7

8

Wilmer J. Harris, SBN 150407
wharris@sdshhlaw.com
**SCHONBRUN DeSIMONE SEPLOW**
**HARRIS & HOFFMAN LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

Attorneys for Plaintiff CHRISTINE DONALDSON

9

10

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| CHRISTINE DONALDSON | ) Case No. 1:14 CV 00257 AWI JLT |
| | ) |
| Plaintiff, | ) **COMPLAINT FOR DAMAGES** |
| | ) |
| vs. | ) **PROOF OF SERVICE OF:** |
| | ) |
| KERN COUNTY, OFFICER DOE | ) **Summons; Complaint; Order** |
| GRAVES, OFFICER DOE ROMERO, | ) **Setting Mandatory Scheduling** |
| OFFICER DOE ISAAC, OFFICER | ) **Conference; Notice of** |
| DOE PERKINS, and DOES 1-10, | ) **Availability of Magistrate Judge;** |
| inclusive, | ) **Voluntary Dispute Resolution;** |
| | ) **Stipulation to Elect Referral of** |
| | ) **Action to Voluntary Dispute** |
| | ) **Resolution Program Pursuant to** |
| Defendants | ) **Local Rule 271; Plaintiff's Notice** |
| | ) **of Decline to Proceed With** |
| | ) **Magistrate** |

**ON DEFENDANT KERN COUNTY**

23

24

25

26

27

28

1

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 04/30/2014 |
|---|---|
| NAME OF SERVER (PRINT) Jeannine Ibarra | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ___1115 Truxtun Avenue 5th Floor Bakersfield, CA, 93301___

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: ___Yolanda Bombardier___

☐ Returned unexecuted: _____

_____

☐ Other (specify) : _____

_____

Documents Served: Summons, Complaint, Order Setting Mandatory Scheduling Conference, Notice of Availability of Magistrate Judge; Voluntary Dispute Resolution,

Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program Pursuant to Local Rule 271, Plaintiff's Notice of Decline to Proceed with Magistrate

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $135.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___04/30/2014___            *Jeannine Ibarra*
                 Date                                   *Signature of Server*

                                    ___21031 Ventura Blvd., Suite 920 Woodland Hills, CA 91364___
                                    *Address of Server*