UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DONALDSON<br><br>        Plaintiff,<br><br>    vs.<br><br>KERN COUNTY, et al.,<br><br>        Defendants | ) Case No. 1:14-cv-00257 AWI JLT<br>)<br>) **ORDER GRANTING JOINT**<br>) **STIPULATION TO PERMIT THE**<br>) **FILING OF PLAINTIFF'S FIRST**<br>) **AMENDED COMPLAINT**<br>)<br>) **(Doc. 19)**<br>) |

    Before the Court is the stipulation of the parties allowing Plaintiff to file a first amended complaint which dismisses an erroneously named person, John Romero, and adds the true names of defendants, Phillip Romero, Brenda Graves, Frances Perkins and Misty Isaac, who have already appeared in this action. (Doc. 19) Good cause appearing, the Court **ORDERS**:

    1.    The stipulation of counsel is **GRANTED**;

    2.    Plaintiff SHALL file her first amended complaint within two court days of this order;

    3.    In light of Defendants' filing their responsive pleadings (Docs. 12, 15, 16) already, they are excused from filing further response and these answers are deemed responsive to the first amended complaint. In the event any

1  Defendant chooses to file a pleading responsive to the first amended complaint,
2  the pleading SHALL be filed within 10 days.

IT IS SO ORDERED.

Dated:   **August 22, 2014**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

1  The Court, having reviewed the parties' Joint Stipulation to Permit The Filing of
2  First Amended Complaint and in regards hereto and good cause shown;
3      The parties' stipulation is hereby GRANTED.
4      Plaintiff's First Amended Complaint shall be deemed filed as of August 22,
5  2014.
6      Each defendant's current Answer will be applicable to the First Amended
7  Complaint, unless the defendant chooses to file a new responsive pleading in
8  response to the First Amended Complaint.
9
10     IT IS SO ORDERED,
11
12
13
14 DATED: _____    By: _____
15                            Hon. Jennifer Thurston
16
17
18
19
20
21
22
23
24
25
26
27
28