**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE DONALDSON | ) Case No. 1:14 CV 00257 AWI JLT |
| Plaintiff, | ) **ORDER GRANTING JOINT STIPULATION** ) **TO CONTINUE NON-EXPERT AND** |
| vs. | ) **EXPERT DISCOVERY CUT-OFF** |
| KERN COUNTY, et al., | ) **(Doc. 34)** |
| Defendants | ) |

Good cause appearing, the Court **ORDERS**:

    1.    The stipulation to amend the case schedule (Doc. 34) is **GRANTED** as follows:

    a.    All non-expert discovery **SHALL** be complete no later than **October 29, 2015**;

    b.    All experts SHALL be disclosed no later than **November 20, 2015** and rebuttal experts disclosed no later than **December 18, 2015**;

    c.    All expert discovery **SHALL** be complete no later than **January 21, 2016**;

    c.    Any non-dispositive motion SHALL be filed no later than **January 25, 2016** and heard no later than **February 26, 2016**;

    d.    Any dispositive motion **SHALL** be filed no later than **March 18, 2016** and heard no later than **May 9, 2016**;

  e. The pretrial conference will be held on **June 28, 2016** at 10:00 a.m. in Courtroom 2, before Judge Ishii;

  f. The trial will be set on **August 23, 2016** at 8:30 a.m. in Courtroom 2, before Judge Ishii;

2. The parties may exceed ten depositions per side and Ms. Donaldson may be deposed for a total of 12 hours

**<u>No further amendments to the case schedule will be entertained absent a showing of exceptional good cause which does not include Plaintiff becoming re-incarcerated.</u>**

IT IS SO ORDERED.

 Dated: **February 23, 2015**    **/s/ Jennifer L. Thurston**
                 UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUT-OFF

1