UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DONALDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY, OFFICER BRENDA GRAVES, OFFICER PHILLIP ROMERO, OFFICER MISTY ISAAC, OFFICER FRANCES PERKINS, and DOES 1-10, inclusive,<br><br>    Defendants. | No. 1:14-cv-00257-DAD-JLT<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 64) |

On February 1, 2016, the parties filed a joint stipulation dismissing this action with prejudice in its entirety as to any complaint, allegation and/or cause of action against any and all defendants, with each party to bear its own costs and attorneys' fees except as may otherwise be provided by the settlement reached as delineated in any corresponding Release and Settlement Agreement. (Doc. No. 64.) In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is

/////

/////

/////

/////

1

1  hereby DISMISSED with prejudice.  Accordingly, the court directs the Clerk of Court to close the
2  case.
3
4  IT IS SO ORDERED.
5  Dated:   **February 1, 2016**                                   /s/ Dale A. Drozd
                                                                   UNITED STATES DISTRICT JUDGE